## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:20-CV-20607-JEM

Plaintiff:
**HOWARD MICHAEL CAPLAN**

vs.

Defendant:
**FLORIDA GARDEN SUPPLIES, INC. ET AL**

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009


OJF2020002480

Received by OJF SERVICES, INC. on the 11th day of February, 2020 at 4:04 pm to be served on **SALCERIO INVESTMENTS CORP. C/O LINDSAY DUNKLEY REGISTERED AGENT, 14100 PALMETTO FRONTAGE ROAD, SUITE 201, MIAMI LAKES, FL 33016**.

I, RAMON LOPEZ, do hereby affirm that on the **12th day of February, 2020 at 4:20 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LINDSAY DUNKLEY** as **Registered Agent** At the address of: **14100 PALMETTO FRONTAGE ROAD, SUITE 201, MIAMI LAKES, FL 33016** for **SALCERIO INVESTMENTS CORP. C/O LINDSAY DUNKLEY REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

RAMON LOPEZ
CPS #40

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2020002480

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g