UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-20607-CIV-MARTINEZ-OTAZO-REYES

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

FLORIDA GARDEN SUPPLIES, INC., *et al.*,

    Defendants.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

THIS CAUSE is before the Court upon the parties' joint stipulation of dismissal with prejudice. [ECF No. 12]. It is

**ORDERED AND ADJUDGED** that this action is dismissed with prejudice. All parties shall bear their own attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of May, 2020.

                                                                                            _____
                                                                                            JOSE E. MARTINEZ
                                                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record